# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 3:12mj044-SAA**  **PLACE HELD: OXFORD**

### UNITED STATES OF AMERICA v. PETER JOSEPH GREER

**DATE & TIME BEGUN: 9/12/12 @ 3:50 PM**

**DATE & TIME ENDED: 9/12/12 @ 3:56 PM**

**TOTAL TIME: 6 Min**

**PRESENT:**

**HONORABLE S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

| Brooke Driskell | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**   **ATTORNEY(S) FOR DEFENDANT(S)**

Susan Bradley, AUSA

**PROCEEDINGS:** Initial Appearance

**ENTRY TO BE MADE ON DOCKET:**
Hearing held. FPD Appointed. USA requested detention. Preliminary and Detention Hearing set for Thursday, September 13, 2012 at 11:00 a.m. in Courtroom 2. Court adjourned.

**DAVID CREWS, CLERK**

/s/ Brooke Driskell
Courtroom Deputy